(District Court Complaint filing)

IN THE UNITED STATES DISTRICT COURT FOR THE ELEVENTH JUDICIAL CIRCUIT SPRINGFIELD, IL.

MICHEAL W. GRAGG,

PLAINTIFF,

-VS-

AMERICAN INTERCONTINENTAL UNIVERSITY,

DEFENDANT,

) CASE NO.: 21-3082
)
) SECTION 504 OF THE REHABILITATION
) ACT DISCRIMINATION,
) ADA DISCRIMINATION,
) UNLAWFUL DISCRIMINATION,
)

FILED
MAR 3 1 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

- THAT THE PLAINTIFF MICHEAL W. GRAGG RESIDES AT: 1013 N. 5TH STREET, APT. 7, RIVERTON, IL. 62561.

- THAT THE PLAINTIFF MAILING ADDRESS IS: P.O. BOX 624, RIVERTON, IL. 62561.

- THAT THE PLAINTIFF MICHEAL GRAGG IS COMPLETELY BLIND FROM GLAUCOMA/DETACHED RETINA'S A COPY OF THE ACCOMMODATIONS FORM FROM DR. BLOOMBERG VISION CARE THAT STATES THAT PLAINTIFF IS BLIND WILL BE ATTACHED WITH THIS PETITION, AND ALSO A LETTER FROM SPRINGFIELD CLINIC FROM MICHEAL'S LAST VISIT YEARS AGO THAT STATES THAT MICHEAL'S COMPLETELY BLIND WILL ALSO BE ATTACHED TO THIS COMPLAINT.

- THAT THE PLAINTIFF MICHEAL GRAGG STARTED AMERICAN INTERCONTINENTAL UNIVERSITY ONLINE IN SEPT. 2020 AND IS STILL A STUDENT THERE TODAY.

- THAT AS OF MARCH 2021 MICHEAL IS A SOPHMORE AT AMERICAN INTERCONTINENTAL UNIVERSITY.

- THAT MICHEAL WILL GRADUATE WITH AN ASSOCIATES DEGREE MARCH 2022 IN BUSINESS ADMINISTRATION AND WILL TRANSFER TO GET HIS BACHELOR'S DEGREE WHEN HE GRADUATES FROM AMERICAN INTERCONTINENTAL UNIVERSITY.

- THAT DEFENDANTS RECEIVED A DOCTOR'S NOTE FROM SIU FAMILY PRACTICE 2 DAYS AFTER MICHEAL STARTED SCHOOL AT AMERICAN INTERCONTINENTTAL UNIVERSITY FAXED FROM SIU.

- THAT I PLAINTIFF'S WIFE HAVE TO TYPE THIS PETITION FOR MY HUSBAND THE PLAINTIFF SINCE HE'S BLIND CALLED AND SPOKE TO SAM SWEENEY'S WORKERS IN REGARD TO THEM GETTING MICHEAL'S ACCOMMODATIONS.

- THAT FINALLY A MONTH AFTER FAXING THE PAPERS SPOKE TO A WOMAN NAMED PAM THAT'S IN CHARGE OF GETTING MICHEAL HIS ACCOMMODATIONS ASKING MICHEAL IF HE WILL TAKE JAWS MICHEAL STATED THAT HE DOES NOT USE JAWS IT DOES NOT WORK FOR HIM THAT PAM BEGGED HIM TO TAKE JAWS HE STATED NO HE DIDN'T WANT JAWS.

- THAT SHE ASKED MICHEAL WHAT HE USES MICHEAL STATED I USE ORCAM MY EYE II AND OPTELEC CLEARVIEW READER, THAT PAM STATED

THAT SO IF YOU DON'T GET THE OPTELEC CLEARVIEW READER OR ORCAM MY EYE II YOU DON'T WANT ANYTHING AND MICHEAL STATED NO. I WILL ONLY TAKE AN OPTELEC CLEARVIEW READER OR ORCAM MY EYE II.

- THAT EVER SINCE THIS CONVERSATION TOOK PLACE MICHEAL NEVER RECEIVED HIS ORCAM MY EYE II, AND OPTELEC CLEARVIEW READER.

- THAT I THE PLAINTIFF'S WIFE CALLED PAM AGAIN A COUPLE OF MONTHS LATER AND PAM STATED THAT SHE WAS TRYING TO GET AHOLD OF THE DOCTOR THAT FAXED THE PAPER OVER TO SEE IF THERE'S ANYTHING ELSE THAT MICHEAL CAN USE BESIDES AN OPTELEC CLEARVIEW READER OR ORCAM MY EYE WHICH IS THE NUMBER ONE REASON FOR FILING THIS SUIT THIS ALONE IS DISCRIMINATION BECAUSE MICHEAL DOES NOT USE JAWS. MICHEAL DOES NOT LIKE JAWS, ORCAM MY EYE II IS ONLY 1,500 ON AMAZON, AND AN OPTELEC CLEARVIEW READER IS 500.00 ON EBAY.

- THAT MICHEAL DOES NOT HAVE TO HAVE A BRAND-NEW OPTELEC CLEARVIEW READER, HE'S FINE WITH AN OLD ONE. WE'VE TALKED ABOUT THIS SEVERAL TIMES. AND MICHEAL DOES NOT CARE IT CAN BE OLD EQUIPMENT.

- THAT THE OLD VERSION OF JAWS IS DISCONTINUED, THAT THE NEW DOWNLOAD IS BETWEEN 1,500-1,900 DEPENDING ON WHERE YOU GET THEM.

- THAT ON FREEDOMSCIENTIFIC.COM IT STATES THAT JAWS IS 80.00/YEAR OR 1,815.00,

- THAT THE OPTELEC CLEARVIEW READER IS: 500.00 ON EBAY, 900.00 AMAZON, AND BRAND NEW 1,500 WHICH IS 315.00 LOWER THAN JAWS 15 BRAND-NEW.

- THAT THE ORCAM MY EYE II IS ONLY: 1,890 FOR THE ONE THE PLAINTIFF WOULD NEED, WHICH IS ONLY A COUPLE HUNDRED MORE THAN JAWS. IT'S A BOX THAT ATTACHES TO ANY EYE GLASS FRAME AND THE PERSON WOULD LOOK AT THE COMPUTER SCREEN AND IT WOULD READ IT TO HIM OR HER.

- THAT JAWS TALKS SO FAST YOU CAN SLOW IT DOWN BUT IT STILL TALKS TO FAST WHEREAS, ORCAM MY EYE SPEAKS REGULAR YOU LOOK AT A COMPUTER SCREEN AND IT WILL READ THE ENTIRE PAGE TO YOU.

- THAT THE OPTELEC CLEARVIEW READER IS SHAPED LIKE A BOX AND IT POINTS OVER AN OBJECT SUCH AS A COMPUTER SCREEN, OR YOU'D TYPE A NOTE AND SET IT ON THE SCANNER, PUSH A BUTTON AND IT READS ALOUD TO YOU.

- THAT IF DEFENDANT WOULD'VE CALLED ASSISTIVE TECHNOLOGY MICHEAL COULD'VE BORROWED THE OPTELEC CLEARVIEW READER FROM THEM AND THE DEFENDANT'S AIU COULD'VE BOUGHT THE EQUIPMENT IN 90 DAYS, OR THAT DEFENDANT'S AIU COULD'VE ALSO BORROWED ORCAM MY EYE II.

- THAT I HAVE BEEN AT AMERICAN INTERCONTINENTAL UNIVERSITY SINCE SEPTEMBER 2020 WHICH IS 7 MONTHS THE 5TH OF APR., 2021.

THAT **775 ILCS 5/1-102 - ilga.gov** THAT THIS STATUTE STATES IT'S UNLAWFUL FOR ANY UNIVERSITY TO DISCRIMINATE WHICH DEFENDANT'S AMERICAN INTERCONTINENTAL UNIVERSITY DID THIS BY FAILING TO PROVIDE A REASONABLE ACCOMMODATION.

- THAT IF DEFENDANT'S AMERICAN INTERCONTINENTAL UNIVERSITY IF THEY WERE GOING TO ACCOMMODATE PLAINTIFF MICHEAL W. GRAGG THEY WOULD'VE DONE SO ALREADY.

- THAT IT'S NOT UP TO DEFENDANTS TO GIVE MICHEAL WHAT MICHEAL USES AS AN ACCOMMODATION THAT MICHEAL IS SUPPOSED TO TELL THEM WHAT HE NEEDS IN AN ACCOMMODATION WHICH HE DID AND THEY BUY IT FOR HIM THAT'S HOW PEOPLE ARE SUPPOSED TO ACCOMMODATE PEOPLE. NOT IF YOU DON'T TAKE WHAT WE OFFER WE'RE NOT GOING TO ACCOMMODATE THAT'S STILL DISCRIMINATION BECAUSE THERE FAILING TO ACCOMMODATE THEIR STUDENT.

- THAT I DID RESEARCH AND FOUND OUT THAT BLIND PEOPLE NEED DIFFERENT ACCOMMODATIONS BECAUSE ONE USES JAWS DOESN'T MEAN ALL USE JAWS AND THAT DEFENDANT'S FAILING TO PROVIDE MY HUSBAND THE PLAINTIFF OPTELEC CLEARVIEW READER IS DEFINITELY DISCRIMINATION AND THAT FEDERAL COURT HAS JURISDICTION TO HEAR THIS CASE.

- THAT THE DEFINITION OF DISCRIMINATION IN EDUCATION IS: FAILURE TO PROVIDE AN ACCOMMODATION, ESPECIALLY IN THIS CASE WHEN

DEFENDANTS REFUSE TO ACCOMMODATE PLAINTIFF MICHEAL GRAGG BECAUSE MICHEAL IS BLIND AND WON'T ACCEPT JAWS SOFTWARE BECAUSE JAWS DOES NOT WORK FOR MICHEAL SO AMERICAN INTERCONTINENTAL UNIVERSITY REFUSING TO ACCOMMODATE MICHEAL BECAUSE MICHEAL WOULDN'T ACCEPT JAWS IS STILL DISCRIMINATION.

- AND THAT THE LAW STATES THAT IF A PERSON IS BEING DISCRIMINATED AGAINST, THEY HAVE A RIGHT TO SUE IN FEDERAL OR STATE COURT FOR DISCRIMINATION
- AND THAT THE UNIVERSITY MUST ACCOMMODATE A STUDENT WITH A DISABILITY. WHICH CLEARLY DEFENDANT'S AMERICAN INTERCONTINENTAL UNIVERSITY DID NOT DUE.
- SO, FOR THE REASONS SET FORTH UP ABOVE PLAINTIFF MICHEAL GRAGG ASKS FOR THE FOLLOWING:
- THAT DEFENDANT'S AMERICAN INTERCONTINENTAL UNIVERSITY GETS HIM HIS OPTELEC CLEARVIEW READER AND/OR ORCAM MY EYE II,
- THAT THE DEFENDANT'S AMERICAN INTERCONTINENTAL UNIVERSITY SEIZES FROM ANY FURTHER DISCRIMINATION,
- THAT THE COURTS ALLOW THIS DISCRIMINATION CASE TO GO THROUGH,
- FOR THE SUM OF 500,000.00

_____    TUES. MAR. 30 ,2021 8:32 PM.

MICHEAL W. GRAGG,                    Tuesday, March 30, 2021 8:32 PM.

I PLAINTIFF, MICHEAL GRAGG CERTIFY UNDER PENALTY OF PERJURY THAT ON WEDNESDAY, MARCH 31, 2021 AT 5 PM A COPY OF THIS COMPLAINT WILL BE MAILED TO DEFENDANTS AMERICAN INTERCONTINENTAL UNIVERSITY, ONLINE, 2200 GERMANN ROAD, CHANDLER, ARIZONA 85266.

_____  *Tues., mar. 30*, 2021 8:36 PM.

MICHEAL W. GRAGG,          TUESDAY, MARCH 30, 2021 8:36 PM.


I THE PLAINTIFF, MICHEAL GRAGG CERTIFY UNDER PENALTY OF PERJURY THAT ON WEDNESDAY, MARCH 31, 2021 AT 6 PM I WILL EMAIL A COPY OF THIS COMPLAINT TO PAM ANKROM SPECIAL NEEDS DIRECTOR ONLINE AT: PANKROM@AIUNIV.EDU AFTER THIS COMPLAINT HAS BEEN MAILED TO THE DEAN OF AMERICAN INTERCONTINENTAL UNIVERSITY AT 5 PM TOMORROW.

*Tues., march 30, 2021 9:25pm*

_____  *Tues, march 30*, 2021 8:39 PM.

MICHEAL W. GRAGG.          TUESDAY, March 30, 2021 8:39 PM.

*I THE PLAINTIFF, MICHEAL GRAGG CERTIFY UNDER PENALTY OF PERJURY THAT ON WEDNESDAY, MARCH 31, 2021 THAT I WILL EMAIL A COPY OF THIS COMPLAINT TO SAM SWEENEY C/O AMERICAN INTERCONTINENTAL UNIVERSITY AFTER I EMAIL PAM ANKROM SPECIAL NEEDS DEPARTMENT AT 6:10 PM AT SSWEENEY@AIUNIV.EDU.*

*[signature] Tues., March 30, 2021 9:25 pm*

_____ *Tues, March 30*, *2021 8:42 PM.*

MICHEAL W. GRAGG,            *Tuesday, March 30, 2021 8:42 PM.*

AMERICAN INTERCONTINENTAL UNIVERSITY

#10187

# Provider Certification of Disability
# & Recommendations for Accommodation

Section A.   To be completed by the Student:

Name: Micheal W. Gragg    Student I.D. 20177943

Section B.   To be completed by the Student's Health Care Provider/Diagnostic Professional:

The above individual has requested that we provide reasonable accommodations for his or her disability or disabilities to enable full participation in our educational programs and school activities. Please provide as complete and clear information as possible. Attach additional paper if needed and documentation if helpful.

1. **Provide a diagnostic statement** identifying the student's impairment (describe condition, including its severity and frequency).

   Severe glaucoma, legal blindness

2. **Describe current functional limitations** (specific life activities that are impaired, e.g., hearing, seeing, walking/standing, lifting/carrying, performing manual tasks, learning, reading, calculating, spelling, writing, memorizing, concentrating, etc., and nature and extent of impairment(s)).

   Light perception vision only
   → all tasks requiring vision are impaired.

1

NENTAL

Describe expected duration of the impairment(s).

*permanent*

4. If medications cause functional limitations, please list the medications, including dosages.

*N/A*

5. Provide recommendations for specific accommodations within the academic environment, including academic adjustments/modifications and/or auxiliary aids and services.

*Unable to see — any accommodations for tasks that require vision.*

6. The student has requested an Optelec Clearview Reader. Do you believe this specific piece of equipment is medically necessary for the student to participate in our educational programs and activities? If so, please explain the medical necessity for this device. What other alternatives are available to meet the medical need?

*Yes*

7. The student has requested an OrCam MyEye 2 Pro Bundle. Do you believe this specific piece of equipment is medically necessary for the student to participate in our educational programs and activities? If so, please explain the medical necessity for this device. What other alternatives are available to meet the medical need?

*Yes*

2

/ENTAL

8. **Please describe the credentials** that qualify you to make this evaluation.

optometrist

_____  046-009526  3-24-21
Signature of Health Care Provider or   License No.         Date
Diagnostic Professional

_____      _____
Name (printed)                        Telephone No.

217-528-3511
_____      _____
Fax No.                               Email Address


_____      _____
Business Address

Scott Blomberg, OD
121 North Grand Ave. West
SPRINGFIELD, IL 62702
(217)-528-3233

THANK YOU FOR YOUR HELP!

Please email to pankram@uiu.edu or

fax to _____

3

US DISTRICT COURT

Name: Michael Cragge
Address: P.O. Box 504
Riverton, IL 62561
Case No.:
Telephone No.: 217-891-4927